Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

OCT -5 2020 1:01 PM

By: _____
Deputy Clerk

20-21358

Certificate Number: 15504-GAN-CC-034938372



15504-GAN-CC-034938372

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 29, 2020, at 2:30 o'clock PM EDT, Glenn Heagerty received from Cambridge Credit Counseling Corp., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: October 1, 2020      By: /s/Ryan Merceri

                           Name: Ryan Merceri

                           Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).