# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

OCT - 5 2020  1:01 PM

By:_____
Deputy Clerk

In re

*Glenn Michael Heagerty, Jr.*    **20-21358**

Debtor(s)

Case No. _____

Chapter _____ *13*

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS
## FOR INDIVIDUALS OR JOINT DEBTORS

1.      In accordance with Fed. R. Bankr. P. 1006 and General Order No. 23-2018 (Bankr. N.D. GA.) I apply for permission to pay the filing fee amounting to $ *310.00* in no more than three (3) installments. I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, in accordance with Local Rules.

2.      I am unable to pay the filing fee except in installments.

3.      I certify that I will neither make any further payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.      I propose the following terms for the payment of the filing fee:

- First Installment of $ *100.00* , with the filing of the petition.
- Second Installment of at least one-half of the unpaid balance of the filing fee in the amount of $ *110.00* , on or before 30 days from the date the bankruptcy petition was filed.
- Final Installment of the remaining unpaid balance of the filing fee in the amount of $ *100.00*, on or before 60 days from the date the bankruptcy petition was filed.

5.      **I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, in accordance with Local Rules.**

_____          _____          _____     *10/5/20*

Signature of Attorney                          Date                  Signature of Debtor                      Date

                                                                        (In a joint case, both Debtors must sign)

_____                             _____     _____

Name of Attorney                                                  Signature of Joint Debtor              Date

1

(Application to Pay Filing Fee in Installments for ALL Chapters - Revision Date December 2018)