AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Glenn Michael Heagerty, Jr.
NAME OF DEBTOR

2890 Willow Wisp Way
ADDRESS

Cumming, GA 30040
CITY, STATE, ZIP

CASE NO. 20-21358

TELEPHONE NO. (470) 902-1000

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER:  YES ☐  NO ☒

If someone did assist you, list their name and address:

_____
NAME

_____
ADDRESS

_____          _____
CITY, STATE, ZIP CODE                  TELEPHONE NUMBER

*Filed in U.S. Bankruptcy Court Atlanta, Georgia OCT 06 2020 M. Regina Thomas, Clerk*

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER:  YES ☐  NO ☐  IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
ANSWER:  YES ☐  NO ☒

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____

_____
PRO SE PETITIONER

Subscribed and sworn to before me on the 6 day of Oct, 2020

_____          _____
NOTARY PUBLIC                            DEPUTY CLERK

*Notary seal: Hannah Grieco, Notary Public, Forsyth County, Georgia, Expires January 28, 2024*

F 61 (psafdt)04/04