UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

IN RE:

GLENN MICHAEL HEAGERTY, JR.,   CASE NO: 20-21358-JRS

*PRO SE*                        CHAPTER 13

DEBTOR

## DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL

## OF CHAPTER 13 CASE

COMES NOW Debtor *pro se*, GLENN MICHAEL HEAGERTY, JR. to move this Court for an order dismissing the the above-captioned bankruptcy case pursuant to 11 U.S. Code § 1307(b).

Debtor further shows that:

1. The above-captioned case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under section 706, 1112, or 1208 of Title 11.

2. There is no motion for relief from, annulment of, or conditioning of the

1

automatic stay pending in this case and no such motions have been filed in this case.

3. Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

4. Debtor has paid the first installment of $75 towards the case filing fee.

5. Debtor will pay in full the amount due by due date of next installment when it is made known to Debtor.

6. Debtor is filing this request prior to the deadline given to correct deficiencies in the petition, i.e. October 19th, 2020.

7. Debtor prays court grant dismissal effective before expiration of the deadline to correct deficiencies in the petition.

Respectfully submitted this 16th day of October 2020,

Glenn Heagerty

2890 Willow Wisp Way

Cumming, GA 30040

gmhinga2470@yahoo.com

(470) 902-1000

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been served upon the required party by placing a copy of same in the U.S. Mail, proper postage affixed thereto, in envelopes addressed as follows:

>Nancy J. Whaley, Standing Ch. 13 Trustee
>303 Peachtree Center Avenue
>Suite 120, Suntrust Garden Plaza
>Atlanta, GA 30303

This 16th day of October 2020.

Glenn Heagerty

2890 Willow Wisp Way

Cumming, GA 30040

gmhinga2470@yahoo.com

(470) 902-1000